*ANNOUNCEMENTS*
*COLORADO COURT OF APPEALS*
*May 31, 2018*

"Slip opinions" are the opinions as filed by the judges with the clerk.  Slip opinions are subject to modification, rehearing, withdrawal, or clerical corrections. A link to any modifications to previously posted opinions will appear in the Petition for Rehearing section of the announcement document the day the changes are announced.

## P U B L I S H E D   O P I N I O N S

2018COA75
Court of Appeals Nos. 14CA2099 & 14CA2463
Arapahoe County District Court No. 11CV1076
Honorable Donald W. Marshall, Judge

Landmark Towers Association, Inc., a Colorado nonprofit corporation, by EWG-GV, LLC, as receiver for 7677 East Berry Avenue Associates, LP, its declarant,

Plaintiff-Appellee and Cross-Appellant,

v.

UMB Bank, N.A.; Colorado Bondshares, a tax exempt fund; and Marin Metropolitan District, a Colorado special district,

Defendants-Appellants and Cross-Appellees.

JUDGMENT AFFIRMED IN PART, REVERSED IN PART,
AND CASE REMANDED WITH DIRECTIONS

Division III
Opinion by JUDGE J. JONES
Webb and Bernard, JJ., concur

2018COA76
Court of Appeals No. 15CA1081
Adams County District Court No. 14CR2305
Honorable John E. Popovich, Judge

The People of the State of Colorado,

Plaintiff-Appellee,

v.

Anthony Roger Jaquez,

Defendant-Appellant.

JUDGMENT REVERSED AND CASE
REMANDED WITH DIRECTIONS

Division IV
Opinion by JUDGE BERGER
Hawthorne and Miller*, JJ., concur

2018COA77
Court of Appeals No. 15CA1239
Weld County District Court No. 14JD159
Honorable Thomas J. Quammen, Judge

The People of the State of Colorado,

Petitioner-Appellee,

In the Interest of G.B.,

Juvenile-Appellant.

JUDGMENT REVERSED AND CASE
REMANDED WITH DIRECTIONS

Division III
Opinion by JUDGE WEBB
Richman and Fox, JJ., concur

2018COA78
Court of Appeals No. 15CA1838
City and County of Denver District Court No. 04CR503
Honorable Edward D. Bronfin, Judge

The People of the State of Colorado,

Plaintiff-Appellee,

v.

Abel Gebre Laeke,

Defendant-Appellant.

ORDER AFFIRMED

Division VII
Opinion by JUDGE BERNARD
Berger and Plank*, JJ., concur

2018COA79
Court of Appeals No. 16CA0854
Arapahoe County District Court No. 14CR1968
Honorable Frederick T. Martinez, Judge

The People of the State of Colorado,

Plaintiff-Appellee,

v.

Brandon D. Jackson,

Defendant-Appellant.

JUDGMENT AFFIRMED IN PART, VACATED IN PART,
AND CASE REMANDED WITH DIRECTIONS

Division VI
Opinion by JUDGE FREYRE
Terry and Navarro, JJ., concur

2018COA80
Court of Appeals No. 17CA0233
La Plata County District Court No. 12CV47
Honorable Suzanne F. Carlson, Judge

Carl A. Cordell and Wanda M. Cordell,

Plaintiff-Appellants,

v.

Bradley Klingsheim,

Defendant-Appellee.

ORDER AFFIRMED

Division V
Opinion by JUDGE WELLING
Dunn and Casebolt*, JJ., concur

2018COA81
Court of Appeals No. 17CA0431
Colorado Board of Assessment Appeals Case No. 68821

Karen L. Kelly, Trustee,

Petitioner-Appellant,

v.

Board of County Commissioners of Summit County, Colorado,

Respondent-Appellee,

and

Board of Assessment Appeals,

Appellee.

ORDER REVERSED AND CASE
REMANDED WITH DIRECTIONS

Division V
Opinion by JUDGE DUNN
Welling and Casebolt*, JJ., concur

2018COA82
Court of Appeals No. 17CA1296
City and County of Denver District Court No. 16CV34390
Honorable Elizabeth A. Starrs, Judge

Anitra Arline,

Plaintiff-Appellant,

v.

American Family Mutual Insurance Company,

Defendant-Appellee.

JUDGMENT AFFIRMED

Division III
Opinion by JUDGE RICHMAN
Webb and Fox, JJ., concur

## U N P U B L I S H E D   O P I N I O N S

Court of Appeals No. 14CA1603
Jefferson County District Court No. 13CR1796
Honorable Jeffery R. Pilkington, Judge

The People of the State of Colorado,

Plaintiff-Appellee,

v.

Ralph Kirksten Barnhardt,

Defendant-Appellant.

JUDGMENT AFFIRMED, SENTENCE VACATED IN PART,
AND CASE REMANDED WITH DIRECTIONS

Division IV
Opinion by JUDGE PLANK*
J. Jones and Richman, JJ., concur

**NOT PUBLISHED PURSUANT TO C.A.R. 35(e)**

Court of Appeals No. 14CA2104
City and County of Denver District Court No. 13CR10114
Honorable Edward D. Bronfin, Judge

The People of the State of Colorado,

Plaintiff-Appellee,

v.

Jeanoh Baugher Barnett,

Defendant-Appellant.

JUDGMENT AFFIRMED

Division III
Opinion by JUDGE WEBB
Richman and Fox, JJ., concur

**NOT PUBLISHED PURSUANT TO C.A.R. 35(e)**

Court of Appeals No. 14CA2478
El Paso County District Court No. 13CR4612
Honorable Thomas L. Kennedy, Judge

The People of the State of Colorado,

Plaintiff-Appellee,

v.

Lee Edward Riddle,

Defendant-Appellant.

## JUDGMENT AFFIRMED

Division III
Opinion by JUDGE RICHMAN
Webb and Fox, JJ., concur

**NOT PUBLISHED PURSUANT TO C.A.R. 35(e)**

Court of Appeals No. 15CA1263
City and County of Denver District Court No. 13CR1908
Honorable Kenneth M. Laff, Judge

The People of the State of Colorado,

Plaintiff-Appellee,

v.

Isaiah C. Hunter,

Defendant-Appellant.

## JUDGMENT AFFIRMED

Division II
Opinion by JUDGE CARPARELLI*
Dunn and Tow, JJ., concur

**NOT PUBLISHED PURSUANT TO C.A.R. 35(e)**

Court of Appeals No. 15CA2141
Arapahoe County District Court No. 14JD764
Honorable Timothy L. Fasing, Judge

The People of the State of Colorado,

Petitioner-Appellee,

In the Interest of M.A.V.,

Juvenile-Appellant.

JUDGMENT AFFIRMED

Division IV
Opinion by JUDGE MILLER*
Hawthorne and Berger, JJ., concur

**NOT PUBLISHED PURSUANT TO C.A.R. 35(e)**

Court of Appeals No. 16CA1672
Larimer County District Court No. 12CR1634
Honorable Devin R. Odell, Judge

The People of the State of Colorado,

Plaintiff-Appellee,

v.

Christopher Wayne Jones,

Defendant-Appellant.

ORDER AFFIRMED

Division IV
Opinion by JUDGE HAWTHORNE
Berger and Miller*, JJ., concur

**NOT PUBLISHED PURSUANT TO C.A.R. 35(e)**

Court of Appeals No. 16CA2117
Douglas County District Court No. 15JV221
Honorable Robert R. Lung, Judge
Honorable Natalie T. Chase, Judge

The People of the State of Colorado,

Petitioner-Appellee,

In the Interest of J.A.J., a Child,

and Concerning A.M.,

Respondent-Appellant.

JUDGMENT AFFIRMED

Division V
Opinion by JUDGE ROMÁN
Furman and Lichtenstein, JJ., concur

**NOT PUBLISHED PURSUANT TO C.A.R. 35(e)**

Court of Appeals No. 17CA0596
Colorado Medical Board Case No. ME 2016-0009

Colorado Medical Board,

Petitioner-Appellee,

v.

Michael Lee King, M.D., License No. DR 28090,

Respondent-Appellant.

APPEAL DISMISSED

Division VI
Opinion by JUDGE FREYRE
Terry and Vogt*, JJ., concur

**NOT PUBLISHED PURSUANT TO C.A.R. 35(e)**

Court of Appeals No. 17CA0631
Pitkin County District Court No. 13CV30018
Honorable John F. Neiley, Judge

Colarelli Construction, Inc.,

Plaintiff-Appellant,

v.

Christine A. Quinn,

Defendant-Appellee.

JUDGMENT REVERSED AND CASE
REMANDED WITH DIRECTIONS

Division VI
Opinion by JUDGE NAVARRO
Terry and Freyre, JJ., concur

**NOT PUBLISHED PURSUANT TO C.A.R. 35(e)**

Court of Appeals No. 17CA1480
Mesa County District Court No. 16JV293
Honorable Valerie J. Robison, Judge

The People of the State of Colorado,

Petitioner-Appellee,

In the Interest of Z.L. a Child,

and Concerning L.L. and J.G.,

Respondent-Appellant.

JUDGMENT AFFIRMED

Division VII
Opinion by JUDGE BERGER
Bernard and Freyre, JJ., concur

**NOT PUBLISHED PURSUANT TO C.A.R. 35(e)**

## P E T I T I O N S   F O R   R E H E A R I N G

Court of Appeals No. 15CA1926

The People of the State of Colorado,

Plaintiff-Appellee,

v.

Daniel Derek Rosales,

Defendant-Appellant.

Petition for Rehearing DENIED

**NOT PUBLISHED PURSUANT TO C.A.R. 35(e)**

Court of Appeals No. 16CA0881

The People of the State of Colorado,

Plaintiff-Appellee,

v.

Edward E. Hudson,

Defendant-Appellant.

Opinion Modified and
Petition for Rehearing DENIED

**NOT PUBLISHED PURSUANT TO C.A.R. 35(e)**

Court of Appeals No. 17CA0813

In re the Estate of Tanya S. Olson, a/k/a Tanya S. Noller Olson, a/k/a Tanya Sharon Olson, f/k/a Tanya S. Noller, deceased.

Gregory Lee Olson,

Appellant,

v.

Heidi Morgan, as Personal Representative for the Estate of Tanya Sharon Olson,

Petitioner-Appellee.

Petition for Rehearing <u>DENIED</u>

**NOT PUBLISHED PURSUANT TO C.A.R. 35(e)**

*Sitting by assignment of the Chief Justice under provisions of Colo. Const. art. VI, § 5(3), and § 24-51-1105, C.R.S. 2017.